IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY CONSTRUCTION ) <br> WORKERS FRINGE BENEFIT FUNDS, ) <br> et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DAN CASPERS, individually and d/b/a ) <br> CREATIVE MASONRY, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 06 C 4150 <br><br> JUDGE GEORGE W. LINDBERG |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 24, 2007, request this Court enter judgment against Defendant, DAN CASPERS, individually and d/b/a CREATIVE MASONRY. In support of that Motion, Plaintiffs state:

1. On January 24, 2007, this Court entered default against Defendant and granted Plaintiffs' motion for an order directing Defendant to turn over its monthly fringe benefit contribution reports for October 2006 through December 2006 within 14 days of the entry of said Order. The Court also retained jurisdiction to enter judgment against Defendant after Defendant submitted the required contribution reports.

2. On February 19, 2007, Plaintiffs filed electronically a motion for an order setting a hearing on a rule to show cause as a result of Defendant's failure to submit its monthly fringe benefit contribution reports for October 2006 through December 2006, as required by the Order entered on January 24, 2007. The motion was scheduled to be heard by the Honorable Judge Lindberg on February 28, 2007.

3. On February 20, 2007, this Court rescheduled Plaintiffs' motion for an order setting a hearing on a rule to show cause to March 7, 2007.

4. On March 7, 2007, Plaintiffs' motion for an order setting a hearing on a rule to show cause was granted and Dan Caspers was ordered to appear before this Court for a contempt hearing on March 21, 2007.

5. On March 21, 2007, the contempt hearing was entered and continued to April 19, 2007.

6. On April 19, 2007, the contempt hearing was entered and continued to May 2, 2007.

7. On April 26, 2007, Plaintiffs received directly from Defendant the company's monthly fringe benefit contribution reports for October 2006 through March 2007. Accordingly, the contempt hearing scheduled for May 2, 2007 was stricken.

8. An audit was performed upon the Defendant's payroll books and records for the period September 1, 2002 through December 31, 2003. The audit findings showed that the Defendant owed $18,663.24 for contributions, liquidated damages and audit fees. Defendant submitted partial payments toward the audit amounts due. There remains $1,632.68 due and owing to Plaintiffs from Defendant for the audit. (See Affidavit of Deborah L. French).

9. Based on the contribution reports submitted by Defendant for the months of October 2006 through March 2007, and subsequently submitted reports for April 2007 through October 2007, (See Exhibit A) there is due and owing $69,715.05 for contributions to the Local Pension and Health and Welfare Fund (French Aff. Par. 10); and $34,580.06 for District Council Dues and contributions to the Annuity Fund, International Pension Fund, District Council Training Center Fund,

International Masonry Institute, Labor-Mangagement Cooperation Committee and Safety Council (See Affidavit of Peter Culver).

10. Additionally, the amount of $6,971.50 is due for liquidated damages to the Local Pension and Health and Welfare Fund(French Aff. Par. 10) and $4,340.01 is due for liquidated damages and monthly interest (1.5%) to the Annuity Fund, International Pension Fund, District Council Training Center Fund, International Masonry Institute, Labor-Management Cooperation Committee and Safety Council (Culver Aff. Par. 5).

11. Defendant submitted partial payments totaling $60,059.36 toward the contribution reports submitted without payment of contributions. There remains $16,627.19 due and owing to Plaintiffs from Defendant for contributions and liquidated damages for the period October 2006 through October 2007 to the Local Pension and Health and Welfare Fund (French Aff. Par. 11). and $9,155.25 due and owing for the period of October 2006 through October 2007, to Plaintiffs from Defendant for District Council Dues and contributions, liquidated damages and monthly interest (1.5%) to the Annuity Fund, International Pension Fund, District Council Training Center Fund, International Masonry Institute, Labor-Management Cooperation Committee and Safety Council (Culver Aff. Par. 4 and 5).

12. In addition, Plaintiffs' have incurred court costs of $560.00 and attorneys' fees in the amount of $6,216.25, for a total of $6,776.25. (See Affidavit of Catherine M. Chapman).

13. Plaintiffs request entry of judgment in the total amount of $34,191.36.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $34,191.37.

                                                /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 62788574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Creative Masonry\revised motion-judgment 01-02-08.cms.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of January 2008:

        Mr. Dan Caspers
        Creative Masonry
        1470 N. Pembroke Drive
        S. Elgin, IL   60177

        Mr. Dan Caspers
        Creative Masonry
        PO Box 643
        S. Elgin, IL   60177


                              /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 62788574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Creative Masonry\revised motion-judgment 01-02-08.cms.wpd